DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
) Case No. 11-52181 MEH
ANTONIO ROSALES )
)
) **NOTICE OF UNCLAIMED DIVIDEND**
) Claimant:
) ANTONIO ROSALES
)
Debtor )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $7,905.60. The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

Antonio Rosales
***Mail Ret'D 01/21/14***
1837 Drew Ave
Mountain View, CA 94043

Dated: October 20, 2015

/s/ Devin Derham-Burk
_____
DEVIN DERHAM-BURK, TRUSTEE

11-52181 MEH - Notice of Unclaimed Dividend