The following constitutes
the order of the court. Signed January 7, 2016

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ) | | Case No. 11-52181 MEH |
| ) | | |
| ANTONIO ROSALES, ) | | Chapter 13 |
| ) | | |
| Debtor. ) | | ORDER TO PAY |
| _____ ) | | UNCLAIMED FUNDS |
| ) | | |

    It appearing that the check(s) made payable to Antonio Rosales in the total amount of $7,905.60 was not cashed within the 90 day limit and an unclaimed money report was filed on 10/20/15 to close the account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

    It further appearing that Socorro Rosales, Administrator, is now claiming the monies referred to in the application.

    IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $7,905.60 to the order of Socorro Rosales, Administrator of the Estate of Antonio Rosales, and mail to Estate of Antonio Rosales, 870 Market Street, Suite 1128, San Francisco, CA 94102.

**END OF ORDER**

**NO SERVICE LIST REQUESTED**